

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2014

No. 04-14-00546-CR

Sherri Dee **BUCHANS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR7558
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

Sherri Dee Buchans filed a notice of appeal on July 25, 2014. The notice states Buchans desires to appeal the trial court's finding of guilt. However, the clerk's record reflects that Buchans has not yet been sentenced and the record does not contain a judgment of conviction.

The courts of appeal have jurisdiction of an appeal by a criminal defendant only after a conviction or when an appeal is specifically authorized by statute. *Workman v. State*, 170 Tex. Crim. 621, 622, 343 S.W.2d 446, 447 (1961); *see Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014); *Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991).

We therefore **order** a response due August 12, 2014, showing why this appeal should not be dismissed for lack of jurisdiction. If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

All deadlines in this matter are suspended until further order of the court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court